No. 84–648.  SEDIMA, S. P. R. L. *v.* IMREX CO., INC., ET AL. C. A. 2d Cir.  [Certiorari granted, 469 U. S. 1157.]  Motions of American Institute of Certified Public Accountants, Alliance of American Insurers et al., and Securities Industry Association for leave to file briefs as *amici curiae* granted.

No. 84–822.  AMERICAN NATIONAL BANK & TRUST COMPANY OF CHICAGO ET AL. *v.* HAROCO, INC., ET AL.  C. A. 7th Cir. [Certiorari granted, 469 U. S. 1157.]  Motions of Interinsurance Exchange of the Automobile Club of Southern California and John Grado et al. for leave to file briefs as *amici curiae* granted.

No. 84–835.  NEW JERSEY DEPARTMENT OF CORRECTIONS *v.* NASH; and
No. 84–776.  CARCHMAN, MERCER COUNTY PROSECUTOR *v.* NASH.  C. A. 3d Cir.  [Certiorari granted, 469 U. S. 1157.]  Motion of respondent to permit John Burke III, Esquire, to present oral argument *pro hac vice* granted.

No. 84–861.  NATIONAL LABOR RELATIONS BOARD *v.* INTERNATIONAL LONGSHOREMEN'S ASSN., AFL–CIO, ET AL.  C. A. 4th Cir.  [Certiorari granted, 469 U. S. 1188.]  Motion of American Federation of Labor and Congress of Industrial Organizations for leave to file a brief as *amicus curiae* granted.

No. 84–1023.  UNITED STATES *v.* ROJAS-CONTRERAS.  C. A. 9th Cir.  [Certiorari granted, 469 U. S. 1207.]  Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 84–5909.  ADAMS *v.* FULCOMER ET AL., 469 U. S. 1205. Motion of petitioner to reconsider the order denying leave to proceed *in forma pauperis* denied.  JUSTICE POWELL took no part in the consideration or decision of this motion.

No. 84–6317.  IN RE ANTONELLI;
No. 84–6368.  IN RE BROWN; and
No. 84–6429.  IN RE ROSS.  Petitions for writs of habeas corpus denied.

No. 84–6297.  IN RE HELLWARTH.  Petition for writ of mandamus denied.